FILED

JUL 31 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GRAE FULLER,<br><br>Defendant. | Case No.: CR 24–00201 AMO (DMR)<br><br>[PROPOSED] ORDER RE: RELEASING DEFENDANT GRAE FULLER FROM CUSTODY IMMEDIATELY |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant GRAE FULLER, who is being housed at Alameda County – Santa Rita Jail and whose date of birth is ▇▇▇▇ and PFN# is UMF263, be immediately released from the custody of the United States Marshal.

IT IS FURTHER ORDERED that Mr. Fuller is to report to the United States Probation Office – Oakland branch, located at 1301 Clay Street, Oakland, CA 94612 on Thursday, August 1, 2024, by no later than 10:00 a.m. and follow the directions of his probation officer.

IT IS SO ORDERED.

7/31/24
Dated

HON. DONNA M. RYU
Chief United States Magistrate Judge

RELEASE ORDER
*FULLER*, CR 24–00201 AMO (DMR)