**FILED**

JUNE 25, 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24–201 AMO |
| Plaintiff, | [PROPOSED] RELEASE ORDER |
| v. | |
| GRAE FULLER | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Grae Fuller be RELEASED forthwith from the custody of the United States Marshal Service. The conditions of supervised release remain in effect.

IT IS SO ORDERED.

June 25, 2025
Dated

HON. ALEX G. TSE
United States Magistrate Judge